IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Darius Q Joyner
01/02/1993
Id#456556
720 Bosley Ave.
Towson, MD 21204.

(Full name, date of birth, identification #, address of petitioner)

Plaintiff,

v.

Director Gail Watts, Deputy Director Renard Brooks, Major Robert Alford, Library Officer Ms. Austin, Dietary Sgt. G. Carter 720 Bosley Ave., Towson, MD 21204.

(Full name and address of respondent)

Defendant(s).

Case No.: _____
(Leave blank. To be filled in by Court.)

The damage already done. These damages has been placed upon the Plaintiff for over a year, and none of the defendants did anything to fix any of the problems, and the sad part they (knew) of it and deliberately disregarded it. They're (liable).

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: N/A

      Defendant(s): N/A

   2. Court (if a federal court name the district; if a state court name the city or county):

      N/A

Page 6 of 13

Instructions&Form1983 (06/2016)

3. Case No.: _____ N/A _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? _____ N/A _____

   b. Did you appeal? _____

   YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: __ N/A __

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 1/20/2021 the Plaintiff was arrested and booked and Detained at BCDC every since, Thereafter Plaintiff has experience numerous of his Constitutional rights being violated by the Defendants, Namely, (1) All the showers has black mold

Page 7 of 13

Instructions&Form1983 (06/2016)

in them, they're infested with flies, and nats, the showers vents are clogged with black mold, dirt, and dust, black mold on the unit, and in the cells, and the showers look like they haven't been cleaned in years which is a health hazard, and in the inmate handbook written by Director Gail Watts it states by her that the showers, the cells, and unit must be inspected daily and the showers cleaned daily but this isn't happening at all - wherefore this proves deliberate indifference, a due process violation, and cruel and unusual punishment by Directors Watts, and Brooks, and Major Alford, because they're not obeying their own laws or handbook which makes them (liable) and the fact they (knows) all ~~they~~ about the black mold and all the other problems, but deliberately disregard them;

(2) The Plaintiff argues that Gail Watts, Mr. Brooks, Library Officer Ms. Austin, and Major Alford has greatly violated his 1th amendment constitutional rights by depriving him to physically go to the Law library to study his case to prepare a defense. They all run the Jail and library and is denying Plaintiff his rights which will impair him to have a fair & impartial trial; therefore

they're founded (Liable); The inmate handbook written by Director Gail Watts also states: inmates has a right to go to the Law Library;

3.) The Plaintiff argues that the Federal, and State Laws, and the inmate handbook written by Director Gail Watts states; all inmates must recieve 3 nutritional meal a day everyday and hot ones. The Plaintiff argues that Gail Watts, Dietary/Kitchen BCDC Sgt. G. Carter are (Liable) because they run BCDC and the Kitchen, and for over a year he never recieved a nutritional meal or a hot one. The meals are always cold, poor, rotton meat for lunch with mice bites on it, rotten fruit or apples, hard and lumpy grits for breakfast everytime they serve it and its always cold - this is an 8th amendment violation;

4.) The unit is mice infested, and Ms. Watts, Mr. Brooks, and Mr. Alford are disregarding the problem and they (know) of it, and the mice ate some of Plaintiff commissary 3 times;

5.) Plaintiff is being deprived his 1th amendment to physically go to his Religious Services and practice his Religion without any interferences by Ms. Watts, Mr. Brooks, and Mr. Alford - Therefore they're (Liable) for Mr. Joyner Pain & Suffering.

IV. Relief
(State briefly what you want the Court to do for you.)

The Plaintiff seeks $1,000,000 from each defendant for damages, pain & suffering, cruel and unusual punishment, due process violations, and deliberate indifference.

SIGNED THIS 1th day of Aug, 2022.

Darius Q Joyner
Signature of Plaintiff

Darius Q Joyner
Printed Name

720 Bosley Ave, Towson, MD 21204
Address

(443) 966-8940
Telephone Number

dariusjoyner85@Gmail.com
Email Address

The Plaintiff asserts that his 1983 claim is one which (relief) can be granted.

and that his 1983 must be looked at less stringent then ones drafted by attorney's.
See, White v White (1989).